# BRADLEY LAW FIRM
## A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

January 21, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/2022
```

**VIA ECF**
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Carlos Maisonet-Lopez*, 21 Cr. 661 (AJN)

Dear Judge Nathan:

**SO ORDERED**

I represent Carlos Maisonet-Lopez, the defendant in the above-referenced matter. The next conference in this matter is scheduled for February 1, 2022. I write to request that Mr. Maisonet-Lopez be permitted to appear remotely for the February 1 conference, during which he would require a Spanish-language interpreter. The government does not oppose this request. Mr. Maisonet-Lopez resides in the Orlando, Florida area and is currently under home detention supervised by pretrial services in the Middle District of Florida. Considering the foregoing, and the public health emergency created by the COVID-19 pandemic, Mr. Maisonet-Lopez respectfully requests to appear remotely.

*/s/ Alison J. Nathan*
1/24/2022

The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

Michael D. Bradley

Cc:   AUSA Samuel Rothschild
      (*via ECF*)