UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/2/2022

------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

CARLOS MAISONET-LOPEZ

                       Defendant(s).

------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO CONFERENCE

21-CR-661    (AJN) (OTW)

Defendant Carlos Maisonet-Lopez hereby voluntarily consents to participate in the following proceeding via video conference:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer

___ Plea/Change of Plea

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

CARLOS MAISONET-LOPEZ
Print Defendant's Name

_____
Defendant's Counsel's Signature

MICHAEL D. BRADLEY
Print Counsel's Name

This proceeding was conducted by reliable video conferencing technology.

February 1, 2022
Date

_____
Alison J. Nathan
United States District Judge