# BRADLEY LAW FIRM
A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

March 21, 2022

**VIA ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/2022
```

Re: *United States v. Carlos Maisonet-Lopez*, 21 Cr. 661 (AJN)

Dear Judge Nathan:

I represent Carlos Maisonet-Lopez, the defendant in the above-referenced matter. Mr. Maisonet-Lopez was released on a personal recognizance bond in the amount of $200,000, with home detention and electronic monitoring, and is currently under pretrial supervision in the Middle District of Florida. I write to request the Court's permission for Mr. Maisonet-Lopez to travel to New York from March 23 through March 29, 2022, for multiple meetings with counsel. During this time, he intends to reside with family in the Eastern District of Pennsylvania, approximately 1 1/2 hours from New York City. Neither the assigned Assistant US Attorney nor Pretrial Services object to this request. Additionally, Mr. Maisonet-Lopez has already provided proposed travel and lodging information to his pretrial services officer, who indicates that Mr. Maisonet-Lopez has been in compliance with all conditions of release.

The Court's time and consideration of this matter are greatly appreciated.

**SO ORDERED**

*/s/ Alison J. Nathan*
3/21/2022

Respectfully submitted,

Michael D. Bradley

Cc: AUSA Samuel Rothschild
(*via ECF*)