# BRADLEY LAW FIRM
## A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

April 4, 2022

**VIA ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *United States v. Carlos Maisonet-Lopez*, 21 Cr. 661 (PAE)

Dear Judge Engelmayer:

I represent Carlos Maisonet-Lopez, the defendant in the above-referenced matter, recently reassigned to this Court. The next conference in this matter is scheduled for April 13, 2022. I write to request that Mr. Maisonet-Lopez be permitted to appear remotely for the April 13 conference, during which he would require a Spanish-language interpreter. The government does not oppose this request. Mr. Maisonet-Lopez resides in the Orlando, Florida area and is currently under home detention supervised by pretrial services in the Middle District of Florida. Considering the foregoing, and the public health emergency created by the COVID-19 pandemic, Mr. Maisonet-Lopez respectfully requests to appear remotely.

The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

Michael D. Bradley

Cc:  AUSA Samuel Rothschild
(*via ECF*)

**GRANTED.** For avoidance of doubt, all other conference participants, including Mr. Maison-Lopez's counsel, are to appear in person. The Clerk of Court is requested to terminate the motion at Dkt. No. 47.

4/5/2022

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge